# EXHIBIT 1



**U.S. Department of Justice**

Criminal Division

---

*Public Integrity Section*  
*1400 New York Avenue NW*  
*The Bond Building, 12th Floor*  
*Washington, D.C. 20005*

*Telephone: 202-514-1412*  
*Facsimile: 202-514-3003*

June 13, 2016

**Via Email**

Mr. Charles Banks  
Counsel for Theodore Suhl  
Banks Law Firm  
100 Morgan Keegan Drive, #100  
Little Rock, AR 72202  
cbanks@bankslawfirm.us

    Re:   <u>United States v. Theodore Suhl</u>, No. 4:15-cr-300-BRW

Dear Mr. Banks:

    It recently has come to our attention that Steven Jones consulted with you about representing him in the same criminal matter for which you now represent Theodore Suhl. It is our understanding that, although Mr. Jones ultimately did not hire you to represent him, he did provide you with a detailed description of his actions during his legal consultation with you. Please advise us of whether you have received a written waiver of the conflict of interest from Steven Jones and Theodore Suhl. Please also inform us of whether you have any notes or memorialization of your consultation with Mr. Jones. We would appreciate if you would provide this information to us by Tuesday, June 14, 2016, so that we can raise any necessary issues with the court to address this conflict of interest.

                      Sincerely,

                      RAYMOND HULSER  
                      Chief  
                      Public Integrity Section

        By:    <u>/s/ Lauren Bell</u>  
                  Lauren Bell  
                  John D. Keller  
                  Amanda R. Vaughn  
                  Trial Attorneys  
                  Public Integrity Section  
                  Criminal Division  
                  U.S. Department of Justice

# Bell, Lauren (CRM)

**From:** Chuck Banks <cbanks@bankslawfirm.us>
**Sent:** Tuesday, June 14, 2016 7:50 AM
**To:** Keller, John (CRM)
**Cc:** Vaughn, Amanda (CRM); Bell, Lauren (CRM); Cary, Rob; Latcovich, Simon; Harris, Thomas
**Subject:** Re: Letter re Conflict

Ms. Bell
Responding to yours of yesterday. It is not meant to waive privilege.
A general consult meeting was held with Mr. Jones and his lawyer. The date I don't remember.
During ur conversation I advised him of a potential conflict and again at the end. He was told his remarks were received under privilege.
That a meeting was held nor any discussions
had, have not been shared with my client or any lawyer who has or is working on this case.
No fees were charged, notes kept or file opened. I'm not familiar with the waiver you mention, so neither have been executed.
Thank you

Sent from my iPhone

On Jun 13, 2016, at 4:19 PM, Keller, John (CRM) <John.Keller2@usdoj.gov> wrote:

> Counsel,
>
> Please find a letter attached.
>
> -John
>
>
>
> John D. Keller
> Trial Attorney | Public Integrity Section
> Criminal Division | United States Department of Justice
> 1400 New York Avenue NW | Washington, D.C. 20005
> 202.598.2231 (T) | 202.514.3003 (F)
>
> <Letter to Charles Banks re Conflict of Interest.pdf>

1



**U.S. Department of Justice**

Criminal Division

---

*Public Integrity Section*  *Telephone: 202-514-1412*
*1400 New York Avenue NW*  *Facsimile: 202-514-3003*
*The Bond Building, 12th Floor*
*Washington, D.C. 20005*

June 17, 2016

**Via Email**

Mr. Charles Banks
Counsel for Theodore Suhl
Banks Law Firm
100 Morgan Keegan Drive, #100
Little Rock, AR 72202
cbanks@bankslawfirm.us

    Re:    <u>United States v. Theodore Suhl</u>, No. 4:15-cr-300-BRW

Dear Mr. Banks:

    In your email of June 14, 2016, you indicated that "[a] general consult meeting was held with Mr. Jones and his lawyer." It is our understanding that you met with Mr. Jones initially alone, without attorney Michael Booker present, and that Mr. Jones discussed the facts of this case with you during this consultation. We understand further that you then met with Mr. Jones and Mr. Booker together for the additional consult that you referenced in your email. Can you confirm that there were two (or more) meetings with Mr. Jones? Further, do you know whether Mr. Suhl intends to waive any conflict of interest that exists based on the consultation(s) with Mr. Jones? We believe that both Mr. Suhl and Mr. Jones need to waive the conflicts on the record.

                                      Sincerely,

                                      RAYMOND HULSER
                                      Chief
                                      Public Integrity Section

                  By:    <u>/s/ John D. Keller</u>
                            John D. Keller
                            Lauren Bell
                            Amanda R. Vaughn
                            Trial Attorneys
                            Public Integrity Section
                            Criminal Division
                            U.S. Department of Justice

| | |
|---|---|
| **From:** | Chuck Banks |
| **To:** | Keller, John (CRM) |
| **Subject:** | Re: Letter re Conflict |
| **Date:** | Friday, June 17, 2016 6:19:53 PM |

I don't recall a first meeting with Mr. Jones. If he says we did, I won't dispute it. Assuming that's accurate, a first or second meeting has not been discussed in any capacity with the client or any lawyer that has worked on this case.

I don't know about Ted. I would assume he will. I assume that waivers would be filed in the record. So I trust you are right,

Thanks

Sent from my iPhone

On Jun 17, 2016, at 4:54 PM, Keller, John (CRM) <John.Keller2@usdoj.gov> wrote:

> Counsel,
>
> Please see the attached correspondence.
>
> -John
>
> John D. Keller
> Trial Attorney | Public Integrity Section
> Criminal Division | United States Department of Justice
> 1400 New York Avenue NW | Washington, D.C. 20005
> 202.598.2231 (T) | 202.514.3003 (F)
>
> <2nd Letter to Charles Banks re Conflict of Interest.pdf>

# Bell, Lauren (CRM)

| | |
|---|---|
| **From:** | Bell, Lauren (CRM) |
| **Sent:** | Monday, June 20, 2016 12:46 PM |
| **To:** | 'Chuck Banks'; Keller, John (CRM) |
| **Cc:** | Vaughn, Amanda (CRM); Cary, Rob; Latcovich, Simon; Romain, Alex; Harris, Thomas |
| **Subject:** | RE: Letter re Conflict |

Chuck,

We believe that this issue is governed by the Arkansas Rules of Professional Conduct, specifically Rules 1.18 and 1.9(c), and applicable case law, rather than by DOJ policy.

You also have asked for a draft version of a waiver, however, we believe that the appropriate course of conduct is to have the court conduct a colloquy on the record in which the court apprises your client of the conflict, appoints independent counsel to advise your client on this issue, and then obtains a waiver on the record.

Please let us know if you have any additional information or questions on this issue.

Regards,

Lauren Bell
Trial Attorney
U.S. Department of Justice
Public Integrity Section
(202) 616-0761

**From:** Chuck Banks [mailto:cbanks@bankslawfirm.us]
**Sent:** Monday, June 20, 2016 9:50 AM
**To:** Keller, John (CRM) <John.Keller@CRM.USDOJ.GOV>
**Cc:** Bell, Lauren (CRM) <Lauren.Bell@CRM.USDOJ.GOV>; Vaughn, Amanda (CRM) <Amanda.Vaughn@CRM.USDOJ.GOV>; Cary, Rob <RCary@wc.com>; Latcovich, Simon <SLatcovich@wc.com>; Romain, Alex <ARomain@wc.com>; Harris, Thomas <THarris@wc.com>
**Subject:** RE: Letter re Conflict

I intend to call Ted today. It would be helpful if you'll send a copy of the proposed waiver. Also, if there is a DOJ policy or statute that puts this issue in writing that would be very helpful.

Thanks,
Chuck

-------- Original Message --------
Subject: Letter re Conflict
From: "Keller, John (CRM)" <John.Keller2@usdoj.gov>
Date: Fri, June 17, 2016 4:54 pm
To: Chuck Banks <cbanks@bankslawfirm.us>
Cc: "Bell, Lauren (CRM)" <Lauren.Bell2@usdoj.gov>, "Vaughn, Amanda (CRM)" <Amanda.Vaughn@usdoj.gov>, "Cary, Rob" <RCary@wc.com>, "Latcovich, Simon" <SLatcovich@wc.com>, "Romain, Alex" <ARomain@wc.com>, "Harris, Thomas" <THarris@wc.com>

Counsel,

1

Please see the attached correspondence.

-John

John D. Keller
Trial Attorney | Public Integrity Section
Criminal Division | United States Department of Justice
1400 New York Avenue NW | Washington, D.C. 20005
202.598.2231 (T) | 202.514.3003 (F)