

**United States v. Suhl, 4:15-CR-00300-BRW**

**Matt Morgan**   to: amanda.vaughn, john.keller2, Lauren.Bell2   06/21/2016 02:20 PM
Cc: cbanks, tharris, slatcovich, aromain, rcary, amanda.vaughn, bookerfirm, hickslawoffice
Bcc: Forrest Dunn

Dear Counsel:

I am considering your motion for a hearing regarding conflict of interest (and I have reviewed Mr. Banks's objection to this motion).

Assuming that Mr. Hicks or Mr. Booker still represent Mr. Jones, why should I appoint independent counsel?

Please immediately provide Mr. Booker and Mr. Hicks everything that has been filed with regard to this motion.

At this point I am inclined to grant the motion for a hearing, but I have not made a final decision.

Please advise me and opposing counsel when the information has been sent to Mr. Booker and Mr. Hicks.

In which FCI is Mr. Jones currently residing?

Cordially,

B.R. Wilson