

**RE: United States v. Suhl, 4:15-CR-00300-BRW**

Matt Morgan   to: Keller, John (CRM), Vaughn, Amanda (CRM), aromain@wc.com, bookerfirm@gmail.com, cbanks@bankslawfirm.us,   06/21/2016 03:55 PM
Cc: todudley, Melanie Beard
Bcc: Forrest Dunn

Dear Counsel:

I anticipate having the "conflicts" hearing next Tuesday, June 28, 2016 at 10:00 a.m.  I intend on appointing Tim Dudley as "independent conflict counsel" for Mr. Suhl.

Is there any provision for the payment of independent conflict counsel?   Since the prosecution is making this request, is it authorized to pay a fee?

Mr. Suhl has been engaged in what appears to be a sophisticated business enterprises.  Suppose he doesn't want an independent counsel?

I would like for defense counsel to notify me forthwith if Mr. Suhl objects to the appointment of independent counsel.  If he objects, I direct the government to give me its position as to what a judge should do.

In view of the fact that the trial date is fast approaching, I ask that all counsel kick it into overdrive responding to my inquiries and advise me, also, if there is any problem with having the hearing next Tuesday.

I look forward to hearing from each of you forthwith.

Cordially,

B.R. Wilson

---

"Keller, John (CRM)"   Your Honor, The government has provided all...   06/21/2016 03:07:01 PM

From: "Keller, John (CRM)" <John.Keller2@usdoj.gov>
To: "matt_morgan@ared.uscourts.gov" <matt_morgan@ared.uscourts.gov>, "Vaughn, Amanda (CRM)" <Amanda.Vaughn@usdoj.gov>, "Bell, Lauren (CRM)" <Lauren.Bell2@usdoj.gov>,
Cc: "cbanks@bankslawfirm.us" <cbanks@bankslawfirm.us>, "tharris@wc.com" <tharris@wc.com>, "slatcovich@wc.com" <slatcovich@wc.com>, "aromain@wc.com" <aromain@wc.com>, "rcary@wc.com" <rcary@wc.com>, "Vaughn, Amanda (CRM)" <Amanda.Vaughn@usdoj.gov>, "bookerfirm@gmail.com" <bookerfirm@gmail.com>, "hickslawoffice@yahoo.com" <hickslawoffice@yahoo.com>
Date: 06/21/2016 03:07 PM
Subject: RE: United States v. Suhl, 4:15-CR-00300-BRW

Your Honor,

The government has provided all of the documents filed regarding the conflict issue to Mr. Booker and Mr. Hicks.  The government does not request independent counsel for Mr. Jones but requests independent counsel for Mr. Suhl as Mr. Banks has a conflict and that conflict may be imputed to the rest of the defense team.

Mr. Jones is currently residing at the satellite camp at USP Leavenworth in Kansas.  Earlier this month the government submitted a request to the U.S. Marshals to transport Mr. Jones to Little Rock for trial.  It is possible that Mr. Jones has already left USP Leavenworth and is in transit to Little Rock.

-John

John D. Keller
Trial Attorney | Public Integrity Section
Criminal Division | United States Department of Justice
1400 New York Avenue NW | Washington, D.C. 20005
202.598.2231 (T) | 202.514.3003 (F)


**From:** matt_morgan@ared.uscourts.gov [mailto:matt_morgan@ared.uscourts.gov]
**Sent:** Tuesday, June 21, 2016 3:21 PM
**To:** Vaughn, Amanda (CRM) <Amanda.Vaughn@CRM.USDOJ.GOV>; Keller, John (CRM) <John.Keller@CRM.USDOJ.GOV>; Bell, Lauren (CRM) <Lauren.Bell@CRM.USDOJ.GOV>
**Cc:** cbanks@bankslawfirm.us; tharris@wc.com; slatcovich@wc.com; aromain@wc.com; rcary@wc.com; Vaughn, Amanda (CRM) <Amanda.Vaughn@CRM.USDOJ.GOV>; bookerfirm@gmail.com; hickslawoffice@yahoo.com
**Subject:** United States v. Suhl, 4:15-CR-00300-BRW

Dear Counsel:

I am considering your motion for a hearing regarding conflict of interest (and I have reviewed Mr. Banks's objection to this motion).

Assuming that Mr. Hicks or Mr. Booker still represent Mr. Jones, why should I appoint independent counsel?

Please immediately provide Mr. Booker and Mr. Hicks everything that has been filed with regard to this motion.

At this point I am inclined to grant the motion for a hearing, but I have not made a final decision.

Please advise me and opposing counsel when the information has been sent to Mr. Booker and Mr. Hicks.

In which FCI is Mr. Jones currently residing?

Cordially,

B.R. Wilson