

### Re: United States v. Suhl, 4:15-CR-00300-BRW

**Matt Morgan**

to: Chuck Banks, Vaughn, Amanda (CRM), aromain@wc.com, bookerfirm@gmail.com, hickslawoffice@yahoo.com, Keller, John

Cc: "todudley@swbell.net", Melanie Beard

Bcc: Forrest Dunn

06/21/2016 04:42 PM

Since the prosecution is aware of no way it can provide funds for the independent conflict counsel that it wants me to appoint, please cite me to specific, good authority that I should appoint independent conflict counsel in view of the outstanding lawyers who are representing Mr. Suhl and in view of the fact that he is an experienced businessman.

Apparently he does not want an independent conflict counsel.

The prosecution should respond to this briefly, but with considerable specificity at once.  I'm interested in sparse prose and on-point law from the prosecution.

Cordially,

B.R. Wilson

---

**Chuck Banks**   I am available for the hearing on June 28, your H...   06/21/2016 04:30:36 PM

| | |
|---|---|
| From: | Chuck Banks <cbanks@bankslawfirm.us> |
| To: | "Keller, John (CRM)" <John.Keller2@usdoj.gov>, |
| Cc: | "matt_morgan@ared.uscourts.gov" <matt_morgan@ared.uscourts.gov>, "Vaughn, Amanda (CRM)" <Amanda.Vaughn@usdoj.gov>, "aromain@wc.com" <aromain@wc.com>, "bookerfirm@gmail.com" <bookerfirm@gmail.com>, "hickslawoffice@yahoo.com" <hickslawoffice@yahoo.com>, "Bell, Lauren (CRM)" <Lauren.Bell2@usdoj.gov>, "rcary@wc.com" <rcary@wc.com>, "slatcovich@wc.com" <slatcovich@wc.com>, "tharris@wc.com" <tharris@wc.com>, "todudley@swbell.net" <todudley@swbell.net>, "Melanie_Beard@ared.uscourts.gov" <Melanie_Beard@ared.uscourts.gov> |
| Date: | 06/21/2016 04:30 PM |
| Subject: | Re: United States v. Suhl, 4:15-CR-00300-BRW |

I am available for the hearing on June 28, your Honor.
While Mr Dudley is a fine lawyer, Mr Shul objects to the appointment of independent counsel or being responsible to pay one.
Thank you, please notify if I have misunderstood.

Sent from my iPhone

On Jun 21, 2016, at 4:05 PM, Keller, John (CRM) <John.Keller2@usdoj.gov> wrote:

> Your Honor,
>
> The government is available for the hearing next Tuesday, July 28, at 10:00 a.m.  The government is not aware of any authority under which the Department of Justice could pay for independent counsel to advise the defendant.
>
> -John

John D. Keller
Trial Attorney | Public Integrity Section
Criminal Division | United States Department of Justice
1400 New York Avenue NW | Washington, D.C. 20005
202.598.2231 (T) | 202.514.3003 (F)


**From:** matt_morgan@ared.uscourts.gov [mailto:matt_morgan@ared.uscourts.gov]
**Sent:** Tuesday, June 21, 2016 4:56 PM
**To:** Keller, John (CRM) <John.Keller@CRM.USDOJ.GOV>; Vaughn, Amanda (CRM) < Amanda.Vaughn@CRM.USDOJ.GOV>; aromain@wc.com; bookerfirm@gmail.com; cbanks@bankslawfirm.us; hickslawoffice@yahoo.com; Bell, Lauren (CRM) < Lauren.Bell@CRM.USDOJ.GOV>; rcary@wc.com; slatcovich@wc.com; tharris@wc.com
**Cc:** todudley@swbell.net; Melanie_Beard@ared.uscourts.gov
**Subject:** RE: United States v. Suhl, 4:15-CR-00300-BRW

Dear Counsel:

I anticipate having the "conflicts" hearing next Tuesday, June 28, 2016 at 10:00 a.m.  I intend on appointing Tim Dudley as "independent  conflict counsel" for Mr. Suhl.

Is there any provision for the payment of independent conflict counsel?   Since the prosecution is making this request, is it authorized to pay a fee?

Mr. Suhl has been engaged in what appears to be a sophisticated business enterprises.  Suppose he doesn't want an independent counsel?

I would like for defense counsel to notify me forthwith if Mr. Suhl objects to the appointment of independent counsel.  If he objects, I direct the government to give me its position as to what a judge should do.

In view of the fact that the trial date is fast approaching, I ask that all counsel kick it into overdrive responding to my inquiries and advise me, also, if there is any problem with having the hearing next Tuesday.

I look forward to hearing from each of you forthwith.

Cordially,

B.R. Wilson




From:        "Keller, John (CRM)" <John.Keller2@usdoj.gov>

| | |
|---|---|
| To: | "matt_morgan@ared.uscourts.gov" <matt_morgan@ared.uscourts.gov>, "Vaughn, Amanda (CRM)" <Amanda.Vaughn@usdoj.gov>, "Bell, Lauren (CRM)" <Lauren.Bell2@usdoj.gov>, |
| Cc: | "cbanks@bankslawfirm.us" <cbanks@bankslawfirm.us>, "tharris@wc.com" <tharris@wc.com>, "slatcovich@wc.com" <slatcovich@wc.com>, "aromain@wc.com" <aromain@wc.com>, "rcary@wc.com" <rcary@wc.com>, "Vaughn, Amanda (CRM)" <Amanda.Vaughn@usdoj.gov>, "bookerfirm@gmail.com" <bookerfirm@gmail.com>, "hickslawoffice@yahoo.com" <hickslawoffice@yahoo.com> |
| Date: | 06/21/2016 03:07 PM |
| Subject: | RE: United States v. Suhl, 4:15-CR-00300-BRW |

Your Honor,

The government has provided all of the documents filed regarding the conflict issue to Mr. Booker and Mr. Hicks.  The government does not request independent counsel for Mr. Jones but requests independent counsel for Mr. Suhl as Mr. Banks has a conflict and that conflict may be imputed to the rest of the defense team.

Mr. Jones is currently residing at the satellite camp at USP Leavenworth in Kansas.  Earlier this month the government submitted a request to the U.S. Marshals to transport Mr. Jones to Little Rock for trial.  It is possible that Mr. Jones has already left USP Leavenworth and is in transit to Little Rock.

-John

John D. Keller
Trial Attorney | Public Integrity Section
Criminal Division | United States Department of Justice
1400 New York Avenue NW | Washington, D.C. 20005
202.598.2231 (T) | 202.514.3003 (F)


**From:** matt_morgan@ared.uscourts.gov [mailto:matt_morgan@ared.uscourts.gov]
**Sent:** Tuesday, June 21, 2016 3:21 PM
**To:** Vaughn, Amanda (CRM) <Amanda.Vaughn@CRM.USDOJ.GOV>; Keller, John (CRM) <John.Keller@CRM.USDOJ.GOV>; Bell, Lauren (CRM) <Lauren.Bell@CRM.USDOJ.GOV>
**Cc:** cbanks@bankslawfirm.us; tharris@wc.com; slatcovich@wc.com; aromain@wc.com; rcary@wc.com; Vaughn, Amanda (CRM) <Amanda.Vaughn@CRM.USDOJ.GOV>; bookerfirm@gmail.com; hickslawoffice@yahoo.com
**Subject:** United States v. Suhl, 4:15-CR-00300-BRW

Dear Counsel:

I am considering your motion for a hearing regarding conflict of interest (and I have reviewed Mr. Banks's objection to this motion).

Assuming that Mr. Hicks or Mr. Booker still represent Mr. Jones, why should I appoint independent counsel?

Please immediately provide Mr. Booker and Mr. Hicks everything that has been filed with regard

to this motion.

At this point I am inclined to grant the motion for a hearing, but I have not made a final decision.

Please advise me and opposing counsel when the information has been sent to Mr. Booker and Mr. Hicks.

In which FCI is Mr. Jones currently residing?

Cordially,

B.R. Wilson