

**Re: United States v. Suhl, 4:15-CR-00300-BRW**
Matt Morgan    to: John.Keller2                                    06/21/2016 04:55 PM

Cc: "Vaughn, Amanda (CRM)", "aromain@wc.com", "bookerfirm@gmail.com", "hickslawoffice@yahoo.com", "Bell, Lauren (CRM)", "rcary@wc.com", "slatcovich@wc.com",

Bcc: Forrest Dunn

Dear Counsel

Please give me an example of some conflict that would require Mr. Banks (and perhaps the other counsel) to withdraw from the case based upon the two interviews Mr. Banks had with Mr. Jones.

I haven't thought about this issue very long, but I'm having a hard time imagining a scenario that would require me to remove defense counsel if Mr. Suhl does not want them removed, which he apparently does not.

Please respond promptly.

Cordially,

B.R. Wilson