

**RE: United States v. Suhl, 4:15-CR-00300-BRW**

**Matt Morgan**   to: Chuck Banks, Vaughn, Amanda \(CRM\), Romain, Alex, bookerfirm@gmail.com, hickslawoffice@yahoo.com, Tuck, Jay

06/22/2016 10:55 AM

Cc: "Melanie_Beard@ared.uscourts.gov"
Bcc: Forrest Dunn

Dear Counsel:

It appears to me that Mr. Banks's email of knocks this issue in the head.

If any party believes otherwise, please advise me immediately.

I am still asking Mr. Dudley to appear at the hearing next week, just in case questions arise during the hearing.  He will realize from my previous offerings that his appearance may be *pro bono*, although I will consider entering an order directing the prosecution to pay since it has  raised the issue which makes me think it might be necessary to have independent counsel in attendance.

Cordially,

B.R. Wilson


"Chuck Banks"   From: "Chuck Banks" <cbanks@bankslawfirm.u...   06/22/2016 10:18:12 AM

| | |
|---|---|
| From: | "Chuck Banks" <cbanks@bankslawfirm.us> |
| To: | "Keller,  John \(CRM\)" <John.Keller2@usdoj.gov>, "matt_morgan@ared.uscourts.gov" <matt_morgan@ared.uscourts.gov>, "Cary,  Rob" <RCary@wc.com>, "Vaughn,  Amanda \(CRM\)" <Amanda.Vaughn@usdoj.gov>, "Romain,  Alex" <ARomain@wc.com>, "bookerfirm@gmail.com" <bookerfirm@gmail.com>, "hickslawoffice@yahoo.com" <hickslawoffice@yahoo.com>, "Bell, Lauren \(CRM\)" <Lauren.Bell2@usdoj.gov>, "Latcovich,  Simon" <SLatcovich@wc.com>, "Harris, Thomas" <THarris@wc.com>, |
| Cc: | "Melanie_Beard@ared.uscourts.gov" <Melanie_Beard@ared.uscourts.gov>, "Tuck, Jay \(USMS\)" <Jay.Tuck@usdoj.gov>, "todudley@swbell.net" <todudley@swbell.net> |
| Date: | 06/22/2016 10:18 AM |
| Subject: | RE: United States v. Suhl, 4:15-CR-00300-BRW |

Judge Wilson -
Following up to your last email and Mr. Keller's comments of a few minutes ago.
Let me try to simplify with these two points.
1.  It has never been discussed nor planned for me to cross-examine Mr. Jones.  I will not be doing that.
2.  No discussions have been had with this team, and will not be had with any member of the team, as to any conversation had by me with Steve Jones.
Thanks,
Chuck Banks
 -------- Original Message --------
 Subject: RE: United States v. Suhl, 4:15-CR-00300-BRW
 From: "Keller, John (CRM)" <John.Keller2@usdoj.gov>
 Date: Wed, June 22, 2016 9:48 am
 To: "matt_morgan@ared.uscourts.gov" <matt_morgan@ared.uscourts.gov>,
 "Cary, Rob" <RCary@wc.com>, "Vaughn, Amanda (CRM)"

<Amanda.Vaughn@usdoj.gov>, "Romain, Alex" <ARomain@wc.com>, "bookerfirm@gmail.com" <bookerfirm@gmail.com>, Chuck Banks <cbanks@bankslawfirm.us>, "hickslawoffice@yahoo.com" <hickslawoffice@yahoo.com>, "Bell, Lauren (CRM)" <Lauren.Bell2@usdoj.gov>, "Latcovich, Simon" <SLatcovich@wc.com>, "Harris, Thomas" <THarris@wc.com>
Cc: "Melanie_Beard@ared.uscourts.gov" <Melanie_Beard@ared.uscourts.gov>, "Tuck, Jay (USMS)" <Jay.Tuck@usdoj.gov>, "todudley@swbell.net" <todudley@swbell.net>

Your Honor,

It is the government's position that if Mr. Jones provides an informed waiver as to Mr. Banks's conflict of interest, Mr. Jones would be consenting only to Mr. Banks's continued representation of the defendant, not to Mr. Banks's use of confidential information revealed to him during his consultation(s) with Mr. Jones.  *See*  Ark. R. Prof'l Cond. 1.18(b) ("Even when no client-lawyer relationship ensues, a lawyer who has learned information from a prospective client shall not use or reveal information learned in the consultation, except as Rule 1.9 would permit with respect to information of a former client.").

Mr. Jones's waiver of the conflict of interest as to Mr. Banks's representation of the defendant under Arkansas Rule of Professional Conduct 1.18 is separate and distinct from the issue of whether Mr. Jones would consent to Mr. Banks revealing or using any confidential information shared by Mr. Jones.  *See*  Ark. R. Prof'l Cond. 1.6(a) ("A lawyer shall not reveal information relating to representation of a client unless the client gives informed consent . . . .")

Mr. Jones could consent to both Mr. Banks's representation of Mr. Suhl and Mr. Banks's use of confidential information, but the two issues are separate.  The government notes, however, that this is an ethical issue, controlled by the Arkansas Rules of Professional Conduct, not a constitutional issue that would impact Mr. Suhl's Sixth Amendment right to conflict-free counsel.

-John


John D. Keller
Trial Attorney | Public Integrity Section
Criminal Division | United States Department of Justice
1400 New York Avenue NW | Washington, D.C. 20005
202.598.2231 (T) | 202.514.3003 (F)



**From:** matt_morgan@ared.uscourts.gov [mailto:matt_morgan@ared.uscourts.gov]
**Sent:** Wednesday, June 22, 2016 10:13 AM
**To:** Cary, Rob <RCary@wc.com>; Vaughn, Amanda (CRM) <Amanda.Vaughn@CRM.USDOJ.GOV>; Romain, Alex <ARomain@wc.com>; bookerfirm@gmail.com; Chuck Banks <cbanks@bankslawfirm.us>; hickslawoffice@yahoo.com; Keller, John (CRM) <John.Keller@CRM.USDOJ.GOV>; Bell, Lauren (CRM) <Lauren.Bell@CRM.USDOJ.GOV>; Latcovich, Simon <SLatcovich@wc.com>; Harris, Thomas <THarris@wc.com>

**Cc:** Melanie_Beard@ared.uscourts.gov; Tuck, Jay (USMS) <Jay.Tuck@usdoj.gov>; todudley@swbell.net
**Subject:** RE: United States v. Suhl, 4:15-CR-00300-BRW

Dear Counsel:

We will have the hearing next Tuesday, June 28, 2016 at 10:00.  I am asking Mr. Dudley to remain on standby just in case I decide to appoint independent counsel to make absolutely sure we don't have a ripple at the trial.

I assume that, if Mr. Jones waives all conflicts, Mr. Banks and his co-counsel would be unfettered in their cross-examination of Mr. Jones if he appears as a witness during the trial.  If my assumption is incorrect, I should be disabused as soon as possible.

I have learned that Mr. Dudley is recovering from a rotator cuff surgery.  It seems to me it would be good exercise for him to appear in court, so I may ask him to attend, depending on where my course of thinking leaves me and depending on what else I might hear from respective counsel.

As all of you will have readily discerned, I  want to resolve this issue, in full, next Tuesday, one way another.

Cordially,

B.R. Wilson