**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS**

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO. 4:15-cr-00300-BRW** |
| | ) | |
| **THEODORE E. SUHL** | ) | |
| | ) | |

**DEFENDANT'S RESPONSE TO GOVERNMENT'S TRIAL BRIEF**

Ted Suhl is innocent, and the defense will demonstrate his innocence in the courtroom. Many of the legal issues raised in the government's Trial Brief have already been briefed. The others can be raised and addressed, as needed, at trial.

Dated: June 30, 2016

Respectfully submitted,

By: /s/ Robert M. Cary
Robert M. Cary
Alex G. Romain
Simon A. Latcovich
Thomas L. Harris
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
rcary@wc.com
aromain@wc.com
slatcovich@wc.com
tharris@wc.com

Charles A. Banks (Bar No. 73004)
BANKS LAW FIRM PLLC
100 Morgan Keegan Dr., #100
Little Rock, AR 72202
Telephone: (501) 280-0100
Facsimile: (501) 280-0166
cbanks@bankslawfirm.us

*Attorneys for Defendant Theodore E. Suhl*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 30, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notifications of such filing to the following:

| | |
|---|---|
| John D. Keller | john.keller2@usdoj.gov |
| Lauren Bell | lauren.bell2@usdoj.gov |
| Amanda R. Vaughn | amanda.vaughn@usdoj.gov |

By:   /s/ Robert M. Cary
Robert M. Cary (*pro hac vice*)
WILLIAMS & CONNOLLY LLP