IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                              4:15-CR-00300-01-BRW

THEODORE E. SUHL

ORDER

1. The Government's Motion in Limine to Preclude Improper Cross-Examination of Government Witness (Doc. No. 71)[1] is GRANTED. Defendant can bring out the fact of Mr. Carter's voter fraud conviction, but no details. Defendant may not broach the subject of his alleged sexual solicitation.

2. The Government's Motion in Limine to Preclude Introduction of Evidence of Past Charitable Giving and to Exclude "Expert" Testimony Regarding Straightforward Financial Transactions (Doc. No. 75)[2] is GRANTED.

3. The Government's Motion in Limine to Preclude Expert Testimony by Professor John J. Watkins (Doc. No. 76)[3] is GRANTED. At first blush, it does not appear to me that whether the subject information was obtainable through the Freedom of Information Act is relevant. If Defendant paid a state official to get information that he could have gotten otherwise, the issue still remains as to whether Defendant thought he was paying to get special treatment. In the unlikely event that I change my mind on this issue, Defendant may want to keep Professor Watkins available as a witness.

---

[1] Defendant's response is Doc. No. 87.

[2] Defendant's response is Doc. No. 88.

[3] Defendant's response is Doc. No. 89.

1

**4.  Defendant's Motion to Exclude Evidence About Employment of Leatrice Carter and Heather Barnes by Arkansas Counseling Associates (Doc. No. 79)**[4] is DENIED.

**5.  Defendant's Motion to Exclude Evidence about the Amount of Medicaid Reimbursement or Personal Wealth (Doc. No. 80)**[5] is GRANTED in PART and DENIED in PART.  The Government can address the Medicaid reimbursement Defendant's companies received, but his overall wealth is not relevant, unless the door is somehow opened on this point (how the door would be opened is not readily apparent to me).

IT IS SO ORDERED this 7th day of July, 2016

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[4] The Government's response is Doc. No. 84.

[5] The Government's response is Doc. No. 83.