(Post. 02/15/12)

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

United States of America                                                    PLAINTIFF

v.                                    No.  4:15CR00300-01-BRW

Theodore Suhl                                                               DEFENDANT

## RECEIPT FOR EXHIBITS

I hereby acknowledge that the following exhibits introduced during the    hearing or

✓ trial in this case on _July 13, 2016- July 20, 2016_, were returned to me as counsel for
                                          *(Date(s))*

United States of America
                    *(Party Name)*

Exhibits: All trial exhibits.

_____

_____

_____

_____

                                        _____
                                              *(Attorney Signature)*

                              Date: ___7-20-16_____

cc:      Counsel of Record
         File