IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Judge: Billy Roy Wilson |
| Counsel: John Keller, Lauren Bell & Amanda Vaughn | Reporter: Judy Ammons |
| | Courtroom Deputy: Melanie Beard |
| v. | USPO: David Hernandez |
| | Date: October 27, 2016 |
| **THEODORE SUHL** | Case No: 4:15CR00300-01-BRW |
| Counsel: Robert Cary, Charles Banks & Thomas Harris | Begin: 10:00 AM    End: 11:30 AM |

Interpreter: NA

## SENTENCING MINUTES

(x) Objections to PSR re: Paragraphs 25 & 38, value of benefits.   (x) Additions/Corrections to PSR.    () PSR Adopted without changes.
() Government's motion for third point for acceptance of responsibility is granted.
(x) Arguments made. (x) Allocution granted. Witness: _____
(x) Court finds () grounds for departure () no grounds for guideline departure (x) denied motion for upward departure from guidelines.

**Imprisonment**: 84 months on Count(s) 2,4, 5 & 60 months on Count 6 to run (x) concurrently; () consecutively
Court recommends: () educational/vocational training (x) mental health treatment   () non-residential drug treatment program () medical treatment
(x) designation for service of sentence: on or before 2:00 PM, January 2, 2017   () other: _____
**Probation**: _____ years/months on Count(s) _____

**Supervised release:** 3 years.
**SPECIAL CONDITIONS OF SUPERVISED RELEASE OR PROBATION**
() Defendant shall participate, under the guidance and supervision of the USPO, in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment and shall abstain from the use of alcohol throughout the course of any treatment.
() Defendant shall participate in the Home Detention program for a period of _____. Defendant will be allowed to leave his residence for employment, church, medical purposes and _____; and will be subject to the standard conditions of Home Detention adopted for use in the E/D of AR which ()does () does not include the requirement to wear an electronic monitoring device and to follow EM procedures specified by the Probation Officer. Costs for EM will be paid by () defendant () government.
() Defendant shall participate as directed in mental health treatment under the guidance and supervision of the U.S. Probation Office.
(x) Mandatory drug testing shall apply.         () Mandatory drug testing is waived.
(x) Supervised release to be administered by the district where the defendant is a legal resident and/or the district where a suitable release plan has been developed.
(x) Defendant shall disclose financial information to the USPO upon request and shall not obtain any new lines of credit.
(x) Defendant may not possess a firearm, ammunition, destructive device, or any other dangerous weapon(s).
(x) DNA testing
() If deported, returning to USA without permission will be a violation of supervised release.
() Other: _____

**Fine**: $200,000.00 ;To be paid: () 50 percent of the monthly funds available to deft during incarceration and 10% of gross monthly gross income; during supervised release (x) immediately   (x) other: on or before 2:00 PM, Monday, November 7, 2016.* Court upward departs on fine amount.

**Restitution:** _____ Joint/Several with _____

**Special assessment**: $400.00 () Special Assessment Waived. () Court waives interest on Fine.  () Court waives interest on Restitution.
()  Defendant is remanded to custody of USM.
(x) Defendant to surrender to (x) designated institution, () U.S. Marshal, () as notified (x) by 2:00 PM, January 2, 2017.
 Bond (x) continued    () modified: All previously imposed conditions of release remain in full force and effect.

(x) Court informs defendant of appeal rights. Defendant presents motion for release pending appeal. Court reads the motion and directs the Government to file a response by 2:00 PM, 11/7/16. The Court will allow the defendant to reply within 3 days of the response being filed and the brief should not be more than 9 pages.